**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DEREK GENDRON and** | ) | |
| **LYNN GENDRON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 3:24-cv-00674** |
| | ) | |
| **v.** | ) | **JURY TRIAL DEMAND** |
| | ) | |
| **PARC AT MURFREESBORO POE,** | ) | **District Judge Waverly J. Crenshaw, Jr.** |
| **LLC, AMERICAN LANDMARK** | ) | |
| **MANAGEMENT, LLC, PEGASUS** | ) | **Magistrate Judge Barbara D. Holmes** |
| **RESIDENTIAL LLC and COLUMBIA** | ) | |
| **DEBT RECOVERY, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### DEFENDANT COLUMBIA DEBT RECOVERY, LLC'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT FILED JULY 23, 2024

---

**COMES NOW** Defendant COLUMBIA DEBT RECOVERY, LLC (hereinafter "Defendant"), by and through its counsel of record, and hereby answers the Amended Complaint of Plaintiffs DEREK GENDRON and LYNNE GENDRON (hereinafter "Plaintiff" or "Plaintiffs"), by admitting, denying and alleging as follows:

### <u>INTRODUCTION</u>

Answering the unnumbered introductory paragraph of the July 23, 2024, Amended Complaint ("Second Amended Complaint"), Defendant admits that Plaintiffs filed this action against Defendants for alleged violation of the Fair Credit Reporting Act and the Tennessee Consumer Protection Act. Defendant denies the remaining allegations.

1

## OVERVIEW

Answering the nine unnumbered paragraphs in this section on pages 2-6 of the Second Amended Complaint, Defendant lacks information sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

## JURISDICTION AND VENUE

Answering the first unnumbered paragraph in this section of the Second Amended Complaint, Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

Answering the second unnumbered paragraph in this section of the Second Amended Complaint, Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

## FACTUAL ALLEGATIONS

1. Answering Paragraph 1 of Plaintiffs' Second Amended Complaint, Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations and, therefore denies same at the present time.

2. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 2, and therefore denies them at the present time.

3. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 3, and therefore denies them at the present time.

2

4.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 4, and therefore denies them at the present time.

5.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 5, and therefore denies them at the present time.

6.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 6, and therefore denies them at the present time.

7.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 7, and therefore denies them at the present time.

8.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 8, and therefore denies them at the present time.

9.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 9, and therefore denies them at the present time.

10.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 10, and therefore denies them at the present time.

11.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 11, and therefore denies them at the present time.

12.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 12, and therefore denies them at the present time.

13.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 13, and therefore denies them at the present time.

14.    Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 14, and therefore denies them at the present time.

15. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 15, and therefore denies them at the present time.

16. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16 of Plaintiffs' Second Amended Complaint and, therefore denies same for the present time.

17. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 17, and therefore denies them at the present time.

18. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 18, and therefore denies them at the present time.

19. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 19, and therefore denies them at the present time.

20. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 20, and therefore denies them at the present time.

21. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 21, and therefore denies them at the present time.

22. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 22, and therefore denies them at the present time.

23. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 23, and therefore denies them at the present time.

24. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 24, and therefore denies them at the present time.

25. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 25, and therefore denies them at the present time.

26. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 26, and therefore denies them at the present time.

27. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 27, and therefore denies them at the present time.

28. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 28, and therefore denies them at the present time.

29. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 29, and therefore denies them at the present time.

30. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 30, and therefore denies them at the present time.

31. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 31, and therefore denies them at the present time.

32. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 32, and therefore denies them at the present time.

33. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 33, and therefore denies them at the present time.

34. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 34, and therefore denies them at the present time.

35. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 35, and therefore denies them at the present time.

36. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 36, and therefore denies them at the present time.

37.  Defendant admits that it sent Plaintiffs the September 7, 2022, email (See exhibit WW – DKT 15-2 pp. 131-139).   Defendant denies the remaining allegations in Paragraph 37.

38.  Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 38, and therefore denies them at the present time.

39.  Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 39, and therefore denies them at the present time.

40.  Defendant admits that it sent Plaintiffs the September 7, 2022, email (See exhibit WW – DKT 15-2 pp. 131-139).   Defendant denies the remaining allegations in Paragraph 40.

41.  Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 41, and therefore denies them at the present time.

42.  Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 42, and therefore denies them at the present time.

43.  Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 43, and therefore denies them at the present time.

44.  Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 44, and therefore denies them at the present time.

**CLAIMS FOR RELIEF**

**COUNT I**

**FDCPA**

45.  Answering Paragraph 45 of Plaintiffs' Second Amended Complaint, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein.

46.     Defendant denies the allegations in Paragraph 46 of Plaintiffs' Second Amended Complaint.

47.     Defendant denies the allegations in Paragraph 47 of Plaintiffs' Second Amended Complaint.

48.     Defendant denies the allegations in Paragraph 48 of Plaintiffs' Second Amended Complaint.

49.     Defendant denies the allegations in Paragraph 49 of Plaintiffs' Second Amended Complaint.

50.     Defendant denies the allegations in Paragraph 50 of Plaintiffs' Second Amended Complaint.

51.     Defendant denies the allegations in Paragraph 51 of Plaintiffs' Second Amended Complaint.

52.     Defendant admits that Plaintiffs seek damages but deny that Plaintiffs are entitled to them and deny the remaining allegations in Paragraph 52.

## COUNT II

### FCRA

53.     Answering Paragraph 53 of Plaintiffs' SAC, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein.

54.     Defendant denies the allegations in Paragraph 54 of Plaintiffs' Second Amended Complaint.

55.     Defendant denies the allegations in Paragraph 55 of Plaintiffs' Second Amended Complaint.

56. Defendant denies the allegations in Paragraph 56 of Plaintiffs' Second Amended Complaint.

57. Defendant denies the allegations in Paragraph 57 of Plaintiffs' Second Amended Complaint.

58. Defendant denies the allegations in Paragraph 58 of Plaintiffs' Second Amended Complaint.

59. Defendant admits that Plaintiffs seek damages but deny that Plaintiffs are entitled to them and deny the remaining allegations in Paragraph 59.

## COUNT III

### TENNESSEE CONSUMER PROTECTION ACT

60. Answering Paragraph 60 of Plaintiffs' Second Amended Complaint, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein.

61. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 61, and therefore denies them at the present time.

62. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 62, and therefore denies them at the present time.

63. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 63, and therefore denies them at the present time.

64. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 64, and therefore denies them at the present time.

65. Defendant admits that Plaintiffs seek damages but deny that Plaintiffs are entitled to them and deny the remaining allegations in Paragraph 65.

66.     Defendant admits that Plaintiffs seek damages but deny that Plaintiffs are entitled to them and deny the remaining allegations in Paragraph 66.

## COUNT IV

## BREACH OF CONTRACT

67.     Answering Paragraph 67 of Plaintiffs' Second Amended Complaint, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein.

68.     Paragraph 68 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

69.     Paragraph 69 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

70.     Paragraph 70 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

71.     Paragraph 71 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

72.     Paragraph 72 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

73.     Paragraph 73 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

74.     Paragraph 74 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

75.     Paragraph 75 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against

Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

76.     Paragraph 76 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

77.     Paragraph 77 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

78.     Paragraph 78 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

79.     Paragraph 79 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

80. Paragraph 80 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

81. Paragraph 81 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

## COUNT V

### FRAUD

82. Answering Paragraph 82 of Plaintiffs' Second Amended Complaint, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein.

83. Paragraph 83 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

84. Paragraph 84 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against

Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

85. Paragraph 85 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

86. Paragraph 86 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

87. Paragraph 87 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

88. Paragraph 88 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

89.     Paragraph 89 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

90.     Paragraph 90 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

91.     Paragraph 91 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

92.     Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 92, and therefore denies them at the present time.

93.     Defendant denies the allegations in Paragraph 93 of the Second Amended Complaint.

94.     Defendant admits that Plaintiffs seek damages but deny that Plaintiffs are entitled to them and deny the remaining allegations in Paragraph 94.

## COUNT VI

## UNJUST ENRICHMENT

95.    Answering Paragraph 95 of Plaintiffs' Second Amended Complaint, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein.

96.    Paragraph 96 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

97.    Paragraph 97 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

98.    Paragraph 98 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

99.    Paragraph 99 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant.  Therefore, Defendant is not required to respond to this paragraph.  If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

100. Paragraph 100 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

101. Paragraph 101 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

102. Paragraph 102 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

103. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 103, and therefore denies them at the present time.

104. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 104, and therefore denies them at the present time.

105. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 105, and therefore denies them at the present time.

106. Defendant presently lacks sufficient knowledge to admit or deny the allegations in Paragraph 106, and therefore denies them at the present time.

107.    Defendant admits that Plaintiffs seek damages but deny that Plaintiffs are entitled to them and deny the remaining allegations in Paragraph 107.

## COUNT VII

### TENNESSEE PERSONAL RIGHTS PROTECTION ACT

108.    Answering Paragraph 108 of Plaintiffs' Second Amended Complaint, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein.

109.    Paragraph 109 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

110.    Paragraph 110 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

111.    Paragraph 111 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

112.    Paragraph 112 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this

paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

113. Paragraph 113 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

114. Paragraph 114 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

115. Paragraph 115 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

116. Paragraph 116 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

117. Paragraph 117 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

118. Defendant admits that Plaintiffs seek damages but deny that Plaintiffs are entitled to them and deny the remaining allegations in Paragraph 118.

## COUNT VIII

### NEGLIGENCE

119. Answering Paragraph 119 of Plaintiffs' Second Amended Complaint, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein

120. Paragraph 120 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

121. Paragraph 121, and subparts a through i thereof, of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

122. Paragraph 122 of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

123. Paragraph 123, and subparts a through e thereof, of Plaintiffs' Second Amended Complaint does not contain affirmative allegations against Defendant. Therefore, Defendant is not required to respond to this paragraph. If this paragraph is deemed to contain any affirmative allegations against Defendant, Defendant responds that it lacks sufficient knowledge or information to form a belief about the truth of the allegations and denies same at the present time.

124. Defendant admits that Plaintiffs seek damages. Defendant denies the remaining allegations in paragraph 124 of the Second Amended Complaint.

## COUNT IX

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

125. Answering Paragraph 125 of Plaintiffs' Second Amended Complaint, Defendant repeats and realleges the responses to the paragraphs above as if fully set forth herein.

126. Defendant denies the allegations in Paragraph 126 of the Second Amended Complaint.

127. Defendant denies the allegations in Paragraph 127 of the Second Amended Complaint, including subparts a through j thereof.

128. Defendant denies the allegations in Paragraph 128 of the Second Amended Complaint.

129. Defendant denies the allegations in Paragraph 129 of the Second Amended Complaint.

130. Defendant denies the allegations in Paragraph 130 of the Second Amended Complaint.

131. Defendant denies the allegations in Paragraph 131 of the Second Amended Complaint.

132. Defendant denies the allegations in Paragraph 132 of the Second Amended Complaint.

133. Defendant denies the allegations in Paragraph 133 of the Second Amended Complaint.

134. Defendant admits that Plaintiffs seek damages. Defendant denies the remaining allegations in paragraph 134 of the Second Amended Complaint.

## PRAYER FOR RELIEF

Defendant admits that Plaintiff has requested the Court enter judgment against it. Defendant denies that Plaintiff is entitled to any relief, including the relief requested in the nine numbered subsections. Defendant denies any and all remaining allegations in said paragraph.

## JURY DEMAND

Defendant admits that Plaintiff has requested a jury.

## AFFIRMATIVE DEFENSES

All allegations not specifically admitted or denied herein are expressly denied. Defendant further asserts the following Affirmative Defenses.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

1. Plaintiffs' Second Amended Complaint, and each cause of action contained therein, fails to state facts sufficient to constitute a valid cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2.     Defendant is informed and believes and based thereon alleges that Plaintiffs' Second Amended Complaint, and each cause of action contained therein, or portions thereof, are barred by the applicable statutes of limitations or repose.

### THIRD AFFIRMATIVE DEFENSE

**(Mitigation of Damages)**

3.     Plaintiffs are not entitled to recover any damages, or any recovery awarded should be reduced by the amount of damages which reasonably could have been avoided, because Plaintiffs failed to take reasonable steps to mitigate their damages with respect to the matters alleged in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

**(Estoppel)**

4.     As a separate, affirmative defense, the Second Amended Complaint, and each cause of action alleged there against Defendant is barred by the conduct, actions, and inactions of Plaintiffs, which amount to and constitute an estoppel of the claims and any relief sought by the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

**(Unclean Hands)**

5.     Plaintiffs are barred from maintaining the Second Amended Complaint and each purported cause of action alleged therein against Defendant as a result of unclean hands with respect to the events upon which the Second Amended Complaint and purported causes of action allegedly are based.

### SIXTH AFFIRMATIVE DEFENSE

**(Compliance with Statute)**

6.     The conduct of Defendant at all times complied with all applicable statutes, regulations and laws; accordingly, the Second Amended Complaint and each purported cause of action alleged therein against Defendant is barred.

## **SEVENTH AFFIRMATIVE DEFENSE**

### **(Actions Were Proper)**

7.     As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any law, including provisions of 15 U.S.C. § 1681 *et seq.* and 15 U.S.C. § 1692 *et seq.*, R.C.W. § 19.86 and the tort of Outrage law.

## **EIGHTH AFFIRMATIVE DEFENSE**

### **(No Intentional or Reckless Conduct)**

8.     As a separate, affirmative defense, Defendant contends that it did not engage in any conduct that was outrageous, intentional and malicious or done with reckless disregard with respect to Plaintiffs.  Defendant also alleges that it never engaged in any knowing, willful or fraudulent conduct with respect to Plaintiffs.

## **NINTH AFFIRMATIVE DEFENSE**

### **(Laches)**

9.     Plaintiffs are barred by the doctrine of laches from pursuing their Second Amended Complaint and each purported cause of action alleged therein against Defendant by reason of his inexcusable and unreasonable delay in filing their complaint.

## **TENTH AFFIRMATIVE DEFENSE**

### **(No Proximate Cause)**

10.     As a separate, affirmative defense, Defendant alleges that Plaintiffs' claims are, or may be, barred because the claimed injuries and damages were not proximately caused by any acts or omissions of Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Conduct of Third Parties)

11.     As a separate, affirmative defense, Defendant alleges that Plaintiffs' claims are, or may be, barred because the claimed injuries and damages, if any, were or may have been caused by the conduct of third parties, including, but not limited to, the prior, intervening, or superseding conduct of third parties.

## TWELFTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

12.     As a separate, affirmative defense, Defendant alleges that Plaintiffs' Second Amended Complaint fails as a matter of law due to lack of standing to bring an action.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Substantial Compliance)

13.     As a separate, affirmative defense, Defendant asserts that it substantially complied with the requirements of the statutes at issue.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Damages)

14.     As a separate, affirmative defense, Defendant asserts that Plaintiffs suffered no actual damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Offset)

15.     Any damages that Plaintiffs may recover against Defendant in this Action must be offset against all amounts owed to Defendant.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Reasonableness and Good Faith)

16.     Defendant and its agents, if any, acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known by it at the time it so acted, Defendant alleges that it acted lawfully and within its legal rights, with a good faith belief in the exercise of those rights, and in the furtherance of a legitimate business purpose. Further, Defendant acted in good faith in the honest belief that the acts, conduct and communications, if any, of Defendant were justified under the circumstances based on information reasonably available to the answering Defendant. Accordingly, Plaintiffs are barred from any recovery in this action.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

17.     As a separate, affirmative defense, assuming arguendo that Defendant violated a statute alleged in the Second Amended Complaint, which presupposition the Defendant denies, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Legitimate Business Purpose)

18.     As a separate, affirmative defense, Defendant alleges that at all times mentioned in the Second Amended Complaint, Defendant acted lawfully and within its legal rights, with a good faith belief in the exercise of that right, and in the furtherance of a legitimate business purpose. Further, Defendant acted in good faith in the honest belief that the acts, conduct, and

25

communications, if any, of Defendant were justified under the circumstances based on information reasonably available.

## NINETEENTH AFFIRMATIVE DEFENSE

### (FCRA and FDCPA Damages are Limited)

19.     As a separate, affirmative defense, Defendant alleges that if Plaintiffs were damaged in any sum or sums alleged, which Defendant denies, then Plaintiffs' damages are limited by 15 U.S.C. § 1681 et seq., 15 U.S.C. § 1692k(a)(1), § 1692k(a)(2)(A), § 1692k(a)(3) and 15 U.S.C. § 1692k(b)(1).

## TWENTIETH AFFIRMATIVE DEFENSE

### (Damages Not Specific)

20.     Plaintiffs' Second Amended Complaint fails to state a cause of action against Defendant because it does not plead special damages with sufficient particularity.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Actions were Privileged and Justified)

21.     As a separate, affirmative defense, the Second Amended Complaint, and each cause of action alleged therein against Defendant, is barred because Defendant was privileged and justified, by statute and by common law, in making the alleged statements and representations, if any.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Maintained Reasonable FCRA and FDCPA Procedures)

22.     As a separate, affirmative defense, Defendant alleges that at all times alleged in the Second Amended Complaint, Defendant maintained reasonable procedures created to prevent any type of intentional or negligent violations of the FCRA and the FDCPA.

## RESERVATION OF RIGHTS

Defendant reserves the right to amend its answer and claims herein by adding additional parties, affirmative defenses, counterclaims, cross-claims, and/or third party claims, as additional investigation, discovery or circumstances warrant. WHEREFORE, Defendant prays that the Complaint be dismissed with prejudice, for attorneys' fees and costs incurred herein, and for such further relief as the court deems just and equitable.

## DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Defendant prays that the Complaint be dismissed with prejudice, for attorneys' fees and costs incurred herein, and for such further relief as the court deems just and equitable.

{Signatures to follow on next page}

27

Respectfully submitted this 9th day of August, 2024.

**COPELAND, STAIR, VALZ & LOVELL, LLP**

*/s/ Robert D. Norton*
ROBERT D. NORTON, BPR 041730
735 Broad Street, Suite 1100
Chattanooga, TN 37402
Phone: 423-713-7075
Fax: 423-648-2283
rnorton@csvl.law

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of DEFENDANT COLUMBIA DEBT RECOVERY, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT was served upon all parties to this matter through electronic filing using the Court's electronic filing system, and by placing a true and exact copy of said pleading in the United States Mail with sufficient postage thereupon to carry the same to its destination, and/or by electronic mail, addressed as follows:

Derek Gendron
Lynn Gendron
PO Box 182
Murfreesboro, TN 37133
trailsandclouds@gmail.com
*Pro Se Plaintiffs*

Elaina S. Al-Nimri, Esq.
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Eal-nimri@bassberry.com
*Counsel for Parc at Murfreesboro Poe, LLC and*
*American Landmark Management, LLC*

**COPELAND, STAIR, VALZ & LOVELL, LLP**

*/s/ Robert D. Norton*

This 9th day of August, 2024.

29