# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DEREK GENDRON and** | ) | |
| **LYNN GENDRON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No.: 3:24-cv-00674** |
| | ) | |
| **v.** | ) | **JURY TRIAL DEMAND** |
| | ) | |
| **PARC AT MURFREESBORO POE,** | ) | **District Judge Waverly J. Crenshaw, Jr.** |
| **LLC, AMERICAN LANDMARK** | ) | |
| **MANAGEMENT, LLC, PEGASUS** | ) | **Magistrate Judge Barbara D. Holmes** |
| **RESIDENTIAL LLC and COLUMBIA** | ) | |
| **DEBT RECOVERY LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS PARC AT MURFREESBORO POE, LLC AND AMERICAN LANDMARK MANAGEMENT LLC'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

Defendants, Parc at Murfreesboro POE, LLC and American Landmark Management, LLC (together "Defendants"), respond to Plaintiffs' Amended Complaint as follows:

## INTRODUCTION

With respect to the unnumbered paragraph in the section of the Amended Complaint captioned "Introduction," Defendants deny any legal or factual basis for the relief sought by Plaintiffs in their Amended Complaint against Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the other allegations.

## OVERVIEW

With respect to the unnumbered allegations in the section of the Amended Complaint captioned "Overview," the apartment community was acquired by and placed under the

1

management of Defendants on or about August 26, 2021, and Defendants deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations concerning time periods before the acquisition. For those allegations directed to a timeframe after the acquisition, Defendants deny each and every allegation directed to them.

## JURISDICTION AND VENUE

With respect to the unnumbered allegations in the section of the Amended Complaint captioned "Jurisdiction and Venue," to the extent a response is deemed to be required, Defendants admit a basis for federal jurisdiction and venue has been plead but deny any liability to Plaintiffs for any amount.

## FACTUAL ALLEGATIONS

1.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 1 of the Amended Complaint.

2.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 2 of the Amended Complaint.

3.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 3 of the Amended Complaint.

4.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 4 of the Amended Complaint.

5.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 5 of the Amended Complaint.

6.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 6 of the Amended Complaint.

7.      Deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 7 of the Amended Complaint prior to the acquisition and management of the property, and deny the allegations after the acquisition and management of the property.

8.      Deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 8 of the Amended Complaint prior to the acquisition and management of the property, and deny the allegations after the acquisition and management of the property.

9.      Deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 9 of the Amended Complaint prior to the acquisition and management of the property, and deny the allegations after the acquisition and management of the property.

10.     Deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 10 of the Amended Complaint prior to the acquisition and management of the property, and deny the allegations after the acquisition and management of the property.

11.     Deny the allegations in paragraph 11 of the Amended Complaint that are inconsistent with the content of the exhibits referenced.

12.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 12 of the Amended Complaint.

Case 3:24-cv-00674    Document 24    Filed 08/19/24    Page 3 of 21 PageID #: 935

13. Admit Plaintiffs filed a complaint with the Tennessee attorney general, but deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 13 of the Amended Complaint.

14. Deny the allegations in paragraph 14 of the Amended Complaint that are inconsistent with the referenced exhibits.

15. Deny the allegations in paragraph 15 of the Amended Complaint.

16. Deny the allegations in paragraph 16 of the Amended Complaint.

17. Deny the allegations in paragraph 17 of the Amended Complaint.

18. Admit the contents of Exhibit FF referenced in paragraph 18 of the Amended Complaint, and deny each and every other allegations inconsistent with the contents of that exhibit.

19. Deny the allegations in paragraph 19 of the Amended Complaint.

20. Admit the quoted content of the referenced letter, but deny each and every other allegation in paragraph 20 of the Amended Complaint.

21. Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 21 of the Amended Complaint.

22. Deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 22 of the Amended Complaint.

23. Admit the quoted content is part of the referenced exhibit, but deny each and every other allegation in paragraph 23 of the Amended Complaint.

24. Deny the allegations in paragraph 24 of the Amended Complaint.

25. Deny the allegations in paragraph 25 of the Amended Complaint.

26. Deny the allegations in paragraph 26 of the Amended Complaint.

4

27.     Deny the allegations in paragraph 27 of the Amended Complaint.

28.     Admit the quoted content appears in the referenced exhibit, but denies each and every other allegation in paragraph 28 of the Amended Complaint.

29.     Admit the quoted content appears in the referenced exhibit, but denies each and every other allegations in paragraph 29 of the Amended Complaint.

30.     Admit Plaintiffs vacated the apartment, denies for want of knowledge or information sufficient to form a belief as to the truth or accuracy of allegations regarding the new lease, and deny the remainder of the allegations in paragraph 30 of the Amended Complaint.

31.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 31 of the Amended Complaint.

32.     Admit that on or about May 6, 2022 a notice to pay was delivered, but deny each and every other allegation in paragraph 32 of the Amended Complaint.

33.     Deny the allegations in paragraph 33 of the Amended Complaint.

34.     Deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 34 of the Amended Complaint.

35.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 35 of the Amended Complaint.

36.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 36 of the Amended Complaint.

37.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 37 of the Amended Complaint.

38.     Deny the allegations in paragraph 38 of the Amended Complaint.

5

39.     Deny the allegations in paragraph 39 of the Amended Complaint.

40.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 40 of the Amended Complaint.

41.     Deny the allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the other allegations in paragraph 41 of the Amended Complaint.

42.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 42 of the Amended Complaint.

43.     Admit that American Landmark Management LLC currently manages the apartment community owned by Parc at Murfreesboro POE, LLC, but deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 43 of Amended Complaint.

44.     Deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 44 of the Amended Complaint.

## CLAIMS FOR RELIEF

### Count I: Violation of the Fair Debt Collection Practices Act (FDCPA)

45.     Repeat the responses to allegations incorporated in paragraph 45 of the Amended Complaint.

46.     Deny all allegations directed to these Defendants and deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 46 of the Amended Complaint.

6

47.     Deny all allegations directed to these Defendants and deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 47 of the Amended Complaint.

48.     Deny all allegations directed to these Defendants and deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 48 of the Amended Complaint.

49.     Deny all allegations directed to these Defendants and deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 49 of the Amended Complaint.

50.     Deny all allegations directed to these Defendants and deny for want of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 50 of the Amended Complaint.

51.     Deny the allegations set forth in paragraph 51 of the Amended Complaint.

52.     Deny the allegations set forth in paragraph 52 of the Amended Complaint.

**Count II: Violation of the Fair Credit Reporting Act (FCRA)**

53.     Repeat the responses to the allegations incorporated in paragraph 53 of the Amended Complaint.

54.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information to form a belief as to the truth or accuracy of each and every other allegation in paragraph 54 of the Amended Complaint.

7

55.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information to form a belief as to the truth or accuracy of each and every other allegation in paragraph 55 of the Amended Complaint.

56.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information to form a belief as to the truth or accuracy of each and every other allegation in paragraph 56 of the Amended Complaint.

57.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information to form a belief as to the truth or accuracy of each and every other allegation in paragraph 57 of the Amended Complaint.

58.     Deny the allegations in paragraph 58 of the Amended Complaint.

59.     Deny the allegations set forth in paragraph 59 of the Amended Complaint.

**Count III: Violation of Tennessee Consumer Protection Act**

60.     Repeat the responses to the allegations incorporated in paragraph 60 of the Amended Complaint.

61.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information to form a belief as to the truth or accuracy of each and every other allegation in paragraph 61 of the Amended Complaint.

62.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information to form a belief as to the truth or accuracy of each and every other allegation in paragraph 62 of the Amended Complaint.

8

63.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information to form a belief as to the truth or accuracy of each and every other allegation in paragraph 63 of the Amended Complaint.

64.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information to form a belief as to the truth or accuracy of each and every other allegation in paragraph 64 of the Amended Complaint.

65.     Deny the allegations in paragraph 65 of the Amended Complaint.

66.     Deny the allegations in paragraph 66 of the Amended Complaint.

### Count IV: Breach of Contract

67.     Repeat the responses to the allegations incorporated in paragraph 67 of the Amended Complaint.

68.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 68 of the Amended Complaint.

69.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 69 of the Amended Complaint.

70.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 70 of the Amended Complaint.

71.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 71 of the Amended Complaint.

72.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 72 of the Amended Complaint.

73.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 73 of the Amended Complaint.

74.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 74 of the Amended Complaint.

75.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 75 of the Amended Complaint.

76.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 76 of the Amended Complaint.

77.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 77 of the Amended Complaint.

78.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 78 of the Amended Complaint.

79.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 79 of the Amended Complaint.

80.     Deny the allegations in paragraph 80 of the Amended Complaint.

81.     Deny all allegations directed to these Defendant, and deny each and every other allegation in paragraph 81 of the Amended Complaint.

**Count V: Fraud**

82.     Repeat the responses to the allegations incorporated in paragraph 82 of the Amended Complaint.

83.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 83 of the Amended Complaint.

84.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 84 of the Amended Complaint.

85.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 85 of the Amended Complaint.

86.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 86 of the Amended Complaint.

87.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 87 of the Amended Complaint.

88.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 88 of the Amended Complaint.

89.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 89 of the Amended Complaint.

90.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 90 of the Amended Complaint.

91.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 91 of the Amended Complaint.

92.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 92 of the Amended Complaint.

93.     Deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 93 of the Amended Complaint.

94.     Deny allegations in paragraph 94 of the Amended Complaint.

## Count VI: Unjust Enrichment

95.     Repeat the responses to the allegations incorporated in paragraph 95 of the Amended Complaint.

96.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 96 of the Amended Complaint.

97.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 97 of the Amended Complaint.

98.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 98 of the Amended Complaint.

99.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 99 of the Amended Complaint.

100.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 100 of the Amended Complaint.

101.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 101 of the Amended Complaint.

102.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 102 of the Amended Complaint.

103.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 103 of the Amended Complaint.

104.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 104 of the Amended Complaint.

105.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 105 of the Amended Complaint.

106.    Deny the allegations in paragraph 106 of the Amended Complaint.

107.    Deny the allegations set forth in paragraph 107 of the Amended Complaint.

**Count VII: Violation of Tennessee Personal Rights Protection Act**

108.    Repeat the responses to the allegations incorporated in paragraph 108 of the Amended Complaint.

109.    The allegations in paragraph 109 of the Amended Complaint state legal conclusions, but to the extent a response is required the allegations are denied.

14

110.    The allegations in paragraph 110 of the Amended Complaint state legal conclusions, but to the extent a response is required the allegations are denied.

111.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 111 of the Amended Complaint.

112.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 112 of the Amended Complaint.

113.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 113 of the Amended Complaint.

114.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 114 of the Amended Complaint.

115.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 115 of the Amended Complaint.

116.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 116 of the Amended Complaint.

117.    Deny all allegations in paragraph 117 of the Amended Complaint.

118.    Deny all allegations in paragraph 118 of the Amended Complaint.

15

### Count VIII: Negligence

119.     Repeat the responses the allegations incorporated in paragraph 119 of the Amended Complaint.

120.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 120 of the Amended Complaint.

121.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 121 of the Amended Complaint.

122.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 122 of the Amended Complaint.

123.     Deny the allegations in paragraph 123 of the Amended Complaint.

124.     Deny the allegations set forth in paragraph 124 of the Amended Complaint.

### Count IX: Intentional Infliction of Emotional Distress

125.      Repeat the responses to the allegations incorporated in paragraph 125 of the Amended Complaint.

126.     Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 126 of the Amended Complaint.

16

127.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 127 of the Amended Complaint.

128.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 128 of the Amended Complaint.

129.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 129 of the Amended Complaint.

130.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 130 of the Amended Complaint.

131.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 131 of the Amended Complaint.

132.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 132 of the Amended Complaint.

133.    Deny all allegations directed to these Defendants, and deny for lack of knowledge or information sufficient to form a belief as to the truth or accuracy of each and every other allegation in paragraph 133 of the Amended Complaint.

134.    Deny the allegations in paragraph 134 of the Amended Complaint.

17

## DEMAND FOR JURY TRIAL

Deny Plaintiffs are entitled to demand a jury trial in this action based upon paragraph 39 – WAIVER OF JURY TRIAL – in the Apartment Lease Contract attached as Exhibit E to the Amended Complaint.

## General Response

Deny each and every allegation in the Amended Complaint not specifically admitted, denied, controverted or otherwise addressed above.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses without altering Plaintiffs' burden of proof or persuasion on any of the issues in this action.

### First Affirmative Defense

The Amended Complaint, in whole and material part, fails to state any plausible claim for which relief may be granted, and Plaintiff's lack of standing to bring this action.

### Second Affirmative Defense

The claims asserted in Amended Complaint are barred, in whole and material part, by the applicable statute of limitations.

### Third Affirmative Defense

Plaintiffs failed to take reasonable measures to mitigate any compensable injuries sustained.

### Fourth Affirmative Defense

The claims asserted in the Amended Complaint are barred, in whole and material part, by the doctrines of waiver, estoppel, ratification, laches, and release.

18

## Fifth Affirmative Defense

Any legal duties owed based upon the allegations in the Amended Complaint have been fully performed, satisfied or waived.

## Sixth Affirmative Defense

No act or omission by Defendants caused any compensable injury, or any compensable injury sustained was caused by the acts and omissions of others, including the intervening and superseding conduct of third parties.

## Seventh Affirmative Defense

Plaintiff failed to take reasonable measures to mitigate any compensable injury sustained.

## Eighth Affirmative Defense

Any damages Plaintiff may recover against Defendants should be offset against the amounts owed Defendants

## PRAYER FOR RELIEF

WHEREFORE, having fully answered or otherwise responded to the allegations set forth in Amended Complaint, Defendants, American Landmark Management, LLC, and Parc at Murfreesboro POE, LLC, hereby demand judgment that: (i) Plaintiffs take nothing by way of their claims asserted in the Amended Complaint; (ii) this action be dismissed in its entirety, with prejudice; (ii) attorney's fees and costs incurred in the action be assessed against Plaintiffs; and (iv) other and further relief be awarded as the Court may deem just and proper.

19

## **RESERVATION OF RIGHTS**

Defendants, American Landmark Management, LLC, and Parc at Murfreesboro POE, LLC, reserve the right, upon further investigation and discovery, to assert such additional defenses as may be just and appropriate.

Dated: August 19, 2024.        Respectfully submitted,

        */s/ Elaina S. Al-Nimri*
        Elaina S. Al-Nimri (BPR # 034121)
        BASS, BERRY & SIMS PLC
        150 Third Avenue South, Suite 2800
        Nashville, TN 37201
        (615) 742-6200
        eal-nimri@bassberry.com

        *Counsel for Parc at Murfreesboro POE, LLC and*
        *American Landmark Management LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2024, the foregoing document was electronically filed using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to the following:

Robert Dunbar Norton
Copeland, Stair, Valz & Lovell LLP
735 Broad Street, Suite 1100
Chattanooga, TN 37402
morton@csvl.com

*Attorneys for Columbia Debt Recovery LLC*

J. Cole Dowsley, Jr.
Taylor English Duma LLP
3102 West End Avenue, Suite 400
Nashville, TN 37203
cdowsley@taylorenglish.com

*Attorneys for Pegasus Residential, LLC*

I further certify that a true and correct copy of the foregoing has been served via U.S. Mail to:

Derek and Lynn Gendron
P.O. Box 182
Murfreesboro, TN 371

*Pro se Plaintiffs*

*Elaina S. Al-Nimri*
Elaina S. Al-Nimri

21