**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DEREK and LYNN GENDRON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-cv-00674** |
| | ) | |
| **PARC AT MURFREESBORO POE** | ) | |
| **LLC, PEGASUS RESIDENTIAL, LLC,** | ) | |
| **COLUMBBIA DEBT RECOVERY LLC,** | ) | |
| **and AMERICAN LANDMARK** | ) | |
| **MANAGEMENT, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 39) recommending that the Court grant Defendant Pegasus Residential, LLC's ("Pegasus Residential") motion to dismiss, and dismiss Pegasus Residential from this lawsuit. Plaintiffs Derek Gendron and Lynn Gendron have not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (Id. at 13-14).

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). Despite this, the Court reviewed the R&R and agrees with its recommended disposition. Accordingly, the R&R (Doc. No. 39) is **APPROVED AND ADOPTED**. Pegasus Residential is dismissed from this action.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE