UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEREK GENDRON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) NO. 3:24-cv-674 |
| | ) |
| PARC AT MURFREESBORO POE, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

On August 11, 2025, the Plaintiffs, Derek and Lynn Gendron, filed a Notice of Settlement with Defendant, Columbia Debt Recovery, LLC. (Doc. No. 71). On August 18, 2025, Plaintiffs filed a Notice of Settlement with the remaining two Defendants, the Parc at Murfreesboro Poe, LLC and American Landmark Management, LLC. (Doc. No. 73).

The parties shall have until **September 26, 2025**, to file their stipulations of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE